United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter P. Maniaci  
Erika L. Maniaci  
       Debtors

Case No. 16-16462-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR        Page 1 of 1        Date Rcvd: Jul 20, 2017  
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.  
db/jdb      +Peter P. Maniaci,   Erika L. Maniaci,   3659 Nancy Ward Circle,   Doylestown, PA 18902-9040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:  
        JON M. ADELSTEIN   on behalf of Debtor Peter P. Maniaci jadelstein@adelsteinkaliner.com,  
         jsbamford@adelsteinkaliner.com  
        JON M. ADELSTEIN   on behalf of Joint Debtor Erika L. Maniaci jadelstein@adelsteinkaliner.com,  
         jsbamford@adelsteinkaliner.com  
        THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: PETER P. MANIACI
    AND ERIKA L. MANIACI     :    BKY NO. 16-16462

    DEBTORS     :    CHAPTER 13

ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this 20th day of July, 2017 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 4,000.00 as reasonable compensation for services rendered and $ 381 as reimbursement of out- of-pocket expenses incurred in this case.

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Bankruptcy Judge