IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erika L. Maniaci<br>Peter P. Maniaci<br>Debtor(s) | CHAPTER 13 |
| JP Morgan Chase Bank, N.A.<br>Movant<br>vs. | NO. 16-16462 MDC |
| Erika L. Maniaci<br>Peter P. Maniaci<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JP Morgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Subaru Impreza, VIN: JF1GPAC67E8273371 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th day of August, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list