Certificate Number: 02921-PAE-DE-030534160

Bankruptcy Case Number: 16-16462



02921-PAE-DE-030534160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 11:50 o'clock AM EST, Peter P. Maniaci completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2018                By:    /s/Joan B Reading

                                      Name:  Joan B Reading

                                      Title: President