Certificate Number: 02921-PAE-DE-030534184

Bankruptcy Case Number: 16-16462



02921-PAE-DE-030534184

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 11:50 o'clock AM EST, Erika L. Maniaci completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 6, 2018           By:   /s/Joan B Reading

                                  Name: Joan B Reading

                                  Title: President