**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Peter P. Maniaci** | : | **Case No.: 16-16462** |
| **Erika L. Maniaci** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-038155_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
  **Peter P. Maniaci** : **Case No.: 16-16462**
  **Erika L. Maniaci** : **Chapter 13**
: **Judge Magdeline D. Coleman**
**Debtor(s).** : * * * * * * * * * * * * * * * * * * * * * * *
:
:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106

  William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

  Jon M. Adelstein, Attorney for Peter P. Maniaci and Erika L. Maniaci, 350 South Main Street, Suite 105, Doylestown, PA 18901, jadelstein@adelsteinkaliner.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October  29, 2019:

  Peter P. Maniaci and Erika L. Maniaci, 3659 Nancy Ward Circle, Doylestown, PA 18902


DATE:  October 29, 2019

                                                  /s/ Karina Velter
                                                Karina Velter, Esquire (94781)
                                                Adam B. Hall (323867)
                                                Sarah E. Barngrover (323972)
                                                Manley Deas Kochalski LLC
                                                P.O. Box 165028
                                                Columbus, OH  43216-5028
                                                Telephone: 614-220-5611
                                                Fax: 614-627-8181
                                                Attorneys for Creditor
                                                The case attorney for this file is Karina Velter.
                                                Contact email is kvelter@manleydeas.com

19-038155_PS