**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Peter P. Maniaci** | : | Case No.: 16-16462 |
| **Erika L. Maniaci** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

19-038155_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 16-16462** |
| **Peter P. Maniaci** | **Chapter 13** |
| **Erika L. Maniaci** | **Judge Magdeline D. Coleman** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **JPMorgan Chase Bank, N.A.** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Peter P. Maniaci** | |
| **Erika L. Maniaci** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Jon M. Adelstein, Attorney for Peter P. Maniaci and Erika L. Maniaci, 3993 Huntingdon Pike, Suite 210, Huntingdon Pike, PA  19006, jadelstein@adelsteinkaliner.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 30, 2021:

Peter P. Maniaci and Erika L. Maniaci, 3659 Nancy Ward Circle, Doylestown, PA  18902

DATE: <u>August 30, 2021</u>

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC

19-038155_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-038155_PS