United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16462-mdc |
| Peter P. Maniaci | Chapter 13 |
| Erika L. Maniaci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter P. Maniaci, Erika L. Maniaci, 3659 Nancy Ward Circle, Doylestown, PA 18902-9040 |
| 14412017 | | JPMorgan Chase Bank, N.A., CO Sarah E. Barngrover, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus OH 43216-5028 |
| 13791056 | | National Litigation Law Group, PLLC, 42 Shepherd Center, 2401 Northwest Twenty-Third Street, Oklahoma City, OK 73107 |
| 14358027 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13817308 | + | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13791051 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:31:58 | Capital One Bank, P. O. Box 70884, Charlotte, NC 28272-0884 |
| 13805752 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 23:32:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13791052 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2021 23:32:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 13791053 | | Email/Text: mrdiscen@discover.com | Nov 18 2021 23:32:00 | Discover Bank, P. O. Box 71084, Charlotte, NC 28272-1084 |
| 13797055 | | Email/Text: mrdiscen@discover.com | Nov 18 2021 23:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13791054 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 18 2021 23:32:00 | Freedom Debt Relief, 4940 S. Wendler Drive, Suite 101, Tempe, AZ 85282 |
| 13791055 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 23:32:00 | IRS, PO Box 21125, Philadelphia, PA 19255-0025 |
| 13824130 | | Email/Text: bk.notifications@jpmchase.com | Nov 18 2021 23:32:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 13839708 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13791057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 23:31:58 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 13849551 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2021 23:32:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13828685 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2021 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13791833 | | Email/PDF: rmscedi@recoverycorp.com | Nov 18 2021 23:31:58 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13791060 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2021 23:42:35 | SEARS, PO BOX 6286, Sioux Falls, SD 57117-6286 |
| 13791059 | | Email/Text: DeftBkr@santander.us | Nov 18 2021 23:32:00 | Santander Bank, N.A., PO Box 12707, Reading, PA 19612-2707 |
| 13803522 | + | Email/Text: DeftBkr@santander.us | Nov 18 2021 23:32:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13791061 | + | Email/Text: bk.notifications@jpmchase.com | Nov 18 2021 23:32:00 | Subaru Motors Finance, C/O Chase, PO Box 78101, Phoenix, AZ 85062-8101 |
| 13791062 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 23:32:10 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13791058 | | Rosemarie Orlando |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| JON M. ADELSTEIN | on behalf of Debtor Peter P. Maniaci jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Joint Debtor Erika L. Maniaci jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 26 |

MATTEO SAMUEL WEINER
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Peter P. Maniaci and Erika L. Maniaci
        Debtor(s)

Case No: 16−16462−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/18/21

49 − 48
Form 138OBJ