United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-16462-mdc |
| Peter P. Maniaci | Chapter 13 |
| Erika L. Maniaci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Peter P. Maniaci, Erika L. Maniaci, 3659 Nancy Ward Circle, Doylestown, PA 18902-9040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JON M. ADELSTEIN | on behalf of Debtor Peter P. Maniaci jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Joint Debtor Erika L. Maniaci jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 22, 2022 | Form ID: 195 | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Peter P. Maniaci and Erika L. Maniaci  : Case No. 16−16462−mdc

    Debtor(s)

### ORDER
_____

AND NOW, this day , February 22, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Magdeline D. Coleman
        Chief Judge , United States Bankruptcy Court